1104

No. 82–577.   CAMPBELL INDUSTRIES, INC., ET AL. *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 82–579.   FLORIDA *v.* COUNTY OF MONROE, NEW YORK.   C. A. 2d Cir.   Certiorari denied.

No. 82–581.   MILA ET AL. *v.* DISTRICT DIRECTOR OF THE DENVER, COLORADO, IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 10th Cir.   Certiorari denied.

No. 82–588.   FIRST NATIONAL BANK OF OMAHA, EXECUTOR OF THE ESTATE OF MCININCH *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 82–593.   CITY OF BURBANK *v.* UNITED STATES ET AL.; and
No. 82–762.   UNITED STATES ET AL. *v.* CITY OF BURBANK.   C. A. 9th Cir.   Certiorari denied.   Reported below: 685 F. 2d 441.

No. 82–596.   BUFALINO *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 82–614.   REBHAN ET AL. *v.* FIAT MOTORS OF NORTH AMERICA, INC.   C. A. 11th Cir.   Certiorari denied.

No. 82–619.   EXXON CORP. ET AL. *v.* HUNT, ADMINISTRATOR OF NEW JERSEY SPILL COMPENSATION FUND, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 82–632.   AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, LOCAL 2017, ET AL. *v.* WEINBERGER, SECRETARY OF DEFENSE, ET AL.   C. A. 11th Cir.   Certiorari denied.